WILLIAM J. COMINS et al., Appellants, *v.* THE BOARD OF SUPERVISORS OF JEFFERSON COUNTY, Respondent.

(Argued January 20, 1876; decided February 1, 1876.)

REPORTED below, 3 Thompson & Cook, 296.

The complaint in this action alleged that plaintiffs were taxable inhabitants of that part of the city of Watertown which, before the incorporation of the city, formed part of the town of Watertown; that they brought an action in their own behalf and in that and of all the taxable inhabitants of that part of the city, and that certain bonds, issued on behalf of the old town of Watertown, under chapter 75, Laws of 1869, and chapter 152, Laws of 1870, were illegally issued; and they asked judgment that defendants be enjoined from levying any tax upon the taxable property within that part of the city of Watertown, for the purpose of paying the principal or interest of said bonds. *Held*, that the action could not be maintained, and that the complaint was properly dismissed. (*Susquehanna Bank* v. *The Board of Supervisors of Broome*, 25 N. Y., 312; *Kilbourn* v. *St. John*, 59 id., 21; *Magee* v. *Cutler*, 43 Barb., 239; *Ayers* v. *Lawrence*, 63 id., 454.)

An extra allowance was granted by the Special Term. *Held*, that, as the court did not exceed its jurisdiction, the exercise thereof was not reviewable here.

*Lansing & Sherman* for the appellants.

*George F. Comstock* for the respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.